IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABON GONZALEZ,

 Plaintiff,

v.

SGT. MATTI, et al.

 Defendants.

ORDER

Case No. 17-cv-761-jdp

---

HELSON PABON GONZALEZ,

 Plaintiff,

v.

SGT. CHAD HENNEMAN, et al.

 Defendants.

ORDER

Case No. 17-cv-762-jdp

---

Plaintiff Helson Pabon Gonzalez, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted two proposed civil actions under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of a trust fund account statement in support of the motions for leave to proceed without prepaying the fee. After considering the motions and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fees to be $1.57 for each case. For these cases to proceed, plaintiff must submit these amounts on or before November 6, 2017.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Helson Pabon Gonzalez is assessed $1.57 as initial partial payments of the $350.00 fees for filing cases 17-cv-761 and 17-cv-762. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $1.57 for each case (or a single check in the amount of $3.14) or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before November 6, 2017.

2. If, by November 6, 2017, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 13th day of October, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge