IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABON GONZALEZ,

                Plaintiff,

v.                                                     ORDER

SGT. MATTI, LT. TOM                          17-cv-761-jdp
and UNIT MANAGER B. KOOL,

                Defendants.

---

In an order entered on August 16, 2018, I dismissed plaintiff Helson Pabon Gonzalez's complaint for failure to comply with Federal Rule of Civil Procedure 8. I gave Pabon Gonzalez until September 5 to submit a proposed amended complaint addressing the deficiencies explained in the August 16 order. In addition, I warned Pabon Gonzalez that failure to respond to the court's order would result in dismissal of this case for his failure to state a claim upon which relief may be granted, and that I would assess him a "strike" under 28 U.S.C. § 1915(g). It is now past Pabon Gonzalez's deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this case is DISMISSED for failure to state a claim upon which relief may granted. Plaintiff is assessed a strike under 28 § U.S.C. 1915(g). The clerk of court is directed enter judgment in favor of defendants and close this case.

Entered September 17, 2018.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        JAMES D. PETERSON
                                        District Judge